IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JORDAN HEATH, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 13-282 Erie |
| v. | ) | Chief District Judge Joy Flowers Conti |
| | ) | Magistrate Judge Susan Paradise Baxter |
| C/O GEORGE EDWARD WHIPPLE, | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

This case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Susan Paradise Baxter on November 21, 2013 (ECF No. 18), recommending that Plaintiff's motion for preliminary injunction and/or temporary restraining order (ECF No. 6) be denied. The parties were served with the Report and Recommendation and informed that they had until December 9, 2013 to file written objections. As of the date of this order, however, no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 31st day of December, 2013,

**IT IS HEREBY ORDERED** that Plaintiff's motion for preliminary injunction and/or temporary restraining order (ECF No. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated November 21, 2013 (ECF No. 18) is **ADOPTED** as the opinion of this Court.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days in which to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Joy Flowers Conti

Joy Flowers Conti
Chief United States District Judge

cc: The Honorable Susan Paradise Baxter
United States Magistrate Judge

Jordan Heath
JE-2788
SCI Albion
10745 Route 18
Albion, PA 16475

Mary Lynch Friedline, Esq. via ECF