IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN HEATH,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O GEORGE EDWARD WHIPPLE,<br>　　　　　Defendant. | C.A. No. 13-282 Erie |

### **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on September 9, 2013, and was referred to a United States Magistrate Judge for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, issued on February 28, 2014, recommended that the motions for preliminary injunction and/or temporary restraining order [ECF Nos. 39, 41, and 42] filed by plaintiff Jordan Heath ("Plaintiff") be denied. Service was made on Plaintiff by mail at SCI Albion, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

　　　　AND NOW, this 4th day of April, 2014;

　　　　IT IS HEREBY ORDERED that Plaintiff's motions for preliminary injunction

and/or temporary restraining order [ECF Nos. 39, 41, and 42] are DENIED. The report and recommendation of Magistrate Judge Baxter, issued February 28, 2014, is adopted as the opinion of the court.

/s/Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____