IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN HEATH,<br>           Plaintiff,<br><br>           v.<br><br>C/O GEORGE EDWARD WHIPPLE,<br>           Defendant. | C.A. No. 13-282 Erie |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on September 9, 2013, and was referred to a United States Magistrate Judge for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, issued on July 29, 2014, recommended that Plaintiff's motions for preliminary injunction and/or temporary restraining order [ECF Nos. 62 and 63] be denied. Service was made on plaintiff Jordan Heath ("Plaintiff") by mail at SCI Camp Hill, where he is incarcerated, and on defendant. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 22nd day of August, 2014;

      IT IS HEREBY ORDERED that Plaintiff's motions for preliminary injunction

and/or temporary restraining order [ECF Nos. 62 and 63] are DENIED. The report and recommendation of Magistrate Judge Baxter, issued July 29, 2014, is adopted as the opinion of the court.

/s/ Joy Flowers Conti  
JOY FLOWERS CONTI  
United States District Judge

cc: Susan Paradise Baxter  
     U.S. Magistrate Judge

     all parties of record ____